No. 40043.—Protests 171676–G, etc., of H. Hollesen, Inc. (New York).

Opinion by TILSON, J.   Cellulose compounds in the form of single or double yarns similar to those involved in *Weinman* v. *United States* (T. D. 49408) were held dutiable at 40 cents per pound under paragraph 31 as claimed.

No. 40044.—Protests 436594–G, etc., of John Heathcoat & Co., Inc. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

BEFORE THE THIRD DIVISION, DECEMBER 7, 1938

No. 40045.—Protests 873088–G, etc., of Ossola Bros. et al. (New York).

Opinion by KEEFE, J.   On the authority of *Locatelli* v. *United States* (T. D. 48284) the protests were sustained.

No. 40046.—Protest 727430–G of F. N. Giavi, Inc. (New York).

Opinion by KEEFE, J.   On the authority of *Locatelli* v. *United States* (T. D. 48284) the protest was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 8, 1938

No. 40047.—Protests 373301–G, etc., of John Wanamaker et al. (New York).

Opinion by DALLINGER, J.   It was stipulated that the atomizers in question are the same as those passed upon in *Rice* v. *United States* (T. D. 49373).   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 40048.—Protests 290144–G, etc., of J. E. Bernard & Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of atomizers, boxes, and bottles chiefly used in the household for utilitarian purposes or hollow ware.   The claim at 40 percent under paragraph 339 was therefore sustained.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.